# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH C. VOTAVA,<br><br>    Plaintiff,<br>vs.<br><br>PALM RESTAURANT OF LAS VEGAS,<br><br>    Defendant. | Case No.: 2:12-cv-01936-GMN-CWH<br><br>**ORDER** |

  Pending before the Court is the Report and Recommendation (ECF No. 3) of the Honorable Carl W. Hoffman, entered January 7, 2013.  Pursuant to Local Rule IB 3-2(a), objections were due by January 24, 2013.  No objections have been filed.  In accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, the Court has reviewed the record in this case and has determined that Magistrate Judge Hoffman's Recommendation should be **ACCEPTED**.

  **IT IS THEREFORE ORDERED** that Plaintiff's Motion/Application for Leave to Proceed *In Forma Pauperis* (ECF No. 1) is **DENIED, with prejudice** for failure to file a completed Application by January 3, 2013.

  **IT IS FURTHER ORDERED** that this action is **DISMISSED** for failure to pay the filing fee.

  The Clerk of the Court is directed to close this case.

  **DATED** this 1st day of March, 2013.

                _____
                Gloria M. Navarro
                United States District Judge